■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARTINEZ, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed. Same memorandum as in *People v Martinez* ([appeal No. 1] 126 AD2d 942 [decided herewith]). (Appeal from judgment of Monroe County Court, Mark, J.—burglary, third degree, and grand larceny, third degree.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.